FILED
CLERK, U.S. DISTRICT COURT

MAY 14 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Ralph Salinas Flores<br>Defendant. | Case No.: ED 08-195-M<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Southern District of California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_prior criminal history, history of substance abuse dating back over 30 yrs, prior supervised release violations._

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3143(a))

1
2
3   and/ or
4   B. [X]   The defendant has not met his/her burden of establishing by clear and
5           convincing evidence that he/she is not likely to pose a danger to the
6           safety of any other person or the community if released under 18 U.S.C. §
7           3142(b) or (c). This finding is based on the following:
8           _Same as above._
9
10
11
12
13  IT THEREFORE IS ORDERED that the defendant be detained pending the further
14  revocation proceedings.
15
16  Dated: 5/14/08
                                          HONORABLE OSWALD PARADA
17                                        United States Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3143(a)**